FILED
CLERK, U.S. DISTRICT COURT
APR 17 2018
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: ED 18-134 M
　　　　　Plaintiff,  )
　　　　　　　　　　　　　　)  ORDER OF DETENTION PENDING
　　v.　　　　　　　　　　　)  FURTHER REVOCATION
　　　　　　　　　　　　　　)  PROCEEDINGS
Steven Holden  )  (FED. R. CRIM. P. 32.1(a)(6); 18
　　　　　　　　　　　　　　)  U.S.C. § 3143(a)(1))
　　　　　Defendant.  )

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
　　(✓) information in the Pretrial Services Report and Recommendation
　　(✓) information in the violation petition and report(s)
　　(✓) the defendant's nonobjection to detention at this time
　　( ) other: _____

1

and/ or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(✓) information in the Pretrial Services Report and Recommendation
(✓) information in the violation petition and report(s)
(✓) the defendant's nonobjection to detention at this time
( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/17/18

SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE